IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01372-BNB

DAVID EARL ANTELOPE,

Applicant,

v.

J. M. WILNER, Warden, FCI Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2008

GREGORY C. LANGHAM
                    CLERK

ORDER CONSTRUING ACTION AS A PRISONER COMPLAINT AND
DIRECTING MR. ANTELOPE TO FILE CLAIMS
AND IN FORMA PAUPERIS REQUEST ON PROPER FORMS

David Earl Antelope is in the custody of the United States Bureau of Prisons (BOP) at FCI Florence. Mr. Antelope has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The Court has reviewed the Application and finds that Mr. Antelope is asserting civil rights claims rather than habeas corpus claims. Mr. Antelope complains that he is being held at the BOP prison facility in Colorado in violation of his Eighth Amendment rights. Mr. Antelope asserts that he is being denied proper psychiatric and medical treatment. He seeks a transfer either to the Federal Medical Center in Rochester, Minnesota or to the Federal Medical Center in Springfield, Missouri.

"The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973). Generally,

a federal prisoner's challenge to his conditions of confinement is cognizable under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). *See, e.g., Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991). Furthermore, medical mistreatment is not cognizable in a federal habeas corpus action. *See United States v. Sisneros*, 599 F.2d 946, 947 (10th Cir. 1979).

Because Mr. Antelope's claims address the conditions of his confinement he will be ordered to complete a Prisoner Complaint form and to submit the completed form to the Court if he wishes to pursue his claims. Mr. Antelope must allege, simply and concisely, the specific claims for relief he is asserting and against whom those claims are asserted. Mr. Antelope also will be required to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form used by prisoners filing civil complaints, rather than the Motion and Affidavit he submitted previously, which is used by an applicant who is filing a habeas corpus application. Accordingly, it is

ORDERED that the action is construed as a civil complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), rather than a habeas corpus action filed pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915, entered on July 10, 2008, is vacated. It is

FURTHER ORDERED that the Clerk of the Court shall modify the Docket in the instant action to reflect the proper nature of the action. It is

FURTHER ORDERED that Mr. Antelope shall complete and file with the Court a Prisoner Complaint form **within thirty days from the date of this Order.** It is

FURTHER ORDERED that Mr. Antelope shall complete and file with the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 or in the alternative pay the $350.00 filing fee within **thirty days from the date of this Order.** It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Antelope two copies of the following forms: Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Antelope fails to complete and file with the Court a Prisoner Complaint and the proper Motion and Affidavit **within thirty days from the date of this Order**, the action will be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that the Court will not review the merits of the Prisoner Complaint until Mr. Antelope has filed the Prisoner Complaint and the Motion and Affidavit.

DATED at Denver, Colorado, this 14th day of July, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01372-BNB

David Earl Antelope
Reg. No. 07408-059
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint forms** to the above-named individuals on 7/14/08

GREGORY C. LANGHAM, CLERK

By: /s/ Andrea
Deputy Clerk