IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01372-BNB

DAVID EARL ANTELOPE,

    Plaintiff,

v.

J. M. WILNER, Warden, FCI Florence,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 8 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Plaintiff David Earl Antelope is in the custody of the United States Bureau of Prisons and currently is incarcerated at FCI Florence in Florence, Colorado. Mr. Antelope initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. In the Application, Mr. Antelope asserts that he is being denied proper psychiatric and medical treatment and seeks a transfer to the Federal Medical Center in Rochester, Minnesota, or to the Federal Medical Center in Springfield, Missouri.

In an order entered on July 14, 2008, Magistrate Judge Craig B. Shaffer found that Mr. Antelope is asserting civil rights claims rather than habeas corpus claims. Relying on ***Richards v. Bellmon***, 941 F.2d 1015, 1018 (10th Cir. 1991), Magistrate Judge Shaffer construed the action as filed pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), and instructed Mr. Antelope to submit his claims on a Court-approved form used in filing prisoner

complaints. Mr. Antelope also was instructed to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form that is used when a prisoner seeks to proceed pursuant to 28 U.S.C. § 1915 in a civil rights action.

On July 23, 2008, Mr. Antelope filed an Objection to the July 14, 2008, Order. The Court reviewed the July 14, 2008, Order, in keeping with 28 U.S.C. § 636(b)(1)(A), and entered an order on July 31, 2008, finding that Magistrate Judge Shaffer's determinations in the July 14, 2008, Order were neither clearly erroneous nor contrary to law. The Court instructed Mr. Antelope to comply with the July 14, 2008, Order, within thirty days of the July 31, 2008, Order, or the action would be dismissed without further notice.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to comply with the July 14, 2008, Order within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to prosecute and for failure to comply with the July 14, 2008, Order within the time allowed.

DATED at Denver, Colorado, this 17 day of Sept. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01372-BNB

David Earl Antelope
Reg. No. 07408-059
FCI - Florence
PO Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk